Submitted December 3, affirmed December 26, 2019

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ROBERT ALEXANDER GRIMSLEY,
*Defendant-Appellant.*

Douglas County Circuit Court
15CR11551; A167333

454 P3d 850

Frances Elaine Burge, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Andrew D. Robinson, Deputy Public Defender, Office of Public Defense Services, filed the opening brief for appellant. Robert Grimsley filed the supplemental and reply briefs *pro se*.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Powers, Judge, and Sercombe, Senior Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Defendant appeals a judgment revoking his probation, assigning error to the trial court's imposition of a 64-month term of incarceration, to which defendant previously had stipulated under a plea agreement. ORS 138.105(9), however, precludes us from reviewing that assignment of error. *State v. Davis-McCoy*, 300 Or App 326, 330, 454 P3d 48 (2019) (holding that ORS 138.105(9) bars review of those portions of a sentence imposed pursuant to a stipulation). In a *pro se* supplemental brief, defendant challenges the merits of the court's revocation decision, contending that the court erred in finding that he violated the terms of his probation. We reject that contention without further discussion.

Affirmed.